No. 93–9516. KARIM-PANAHI *v.* LOS ANGELES POLICE DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied. ■

No. 93–9517. VENERI *v.* DOMOVICH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH. C. A. 3d Cir. Certiorari denied.

No. 93–9518. SAELEE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9519. FIGERS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–9520. GHOLSON *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 93–9521. GARRISON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–9522. SUMMERLIN *v.* ARIZONA. Super. Ct. Ariz., Maricopa County. Certiorari denied.

No. 93–9523. GOCKEN *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 93–9524. WINSTON *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–9525. SMITH *v.* LUCAS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–9526. ALTER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9527. BOYD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9529. SCHWARZ *v.* CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–9530. ADKINS *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.